IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

ALIEN AVETYAN, ET AL
DEFENDANT(S)

Criminal Action No. 09-CR-00217

## VICTIM DISCLOSURE STATEMENT PURSUANT TO Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, __COTTONWOOD CREEK, INC.__, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity. — True

2. List below any parent corporation or state that there is no such corporation: None

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
None

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Signature: _Cottonwood Creek Inc_

Date: 10/06/09